IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> IVEST 360, LLC, et. al ) <br> Defendants ) <br> ) | Civil Action <br> No. 2:18-cv-02759 <br><br> Honorable Gene E.K. Pratter |

## MOTION FOR PERMISSION TO USE ECF/EFILING

Plaintiff JAMES EVERETT SHELTON respectfully moves for leave of the court to permit *pro se* registration for filing via ECF for the above-captioned case. Plaintiff has reviewed all applicable requirements, local rules, and has the requisite equipment and understanding of ECF. Plaintiff already possesses a PACER login and an ECF login, and has been recently granted ECF access in this Judicial District by several other District Judges. Plaintiff agrees to abide by all Court rules, orders, policies, and procedures pertaining to the use of the Court's electronic filing system and consents to receive notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system.

Dated: 7/9/2018      By:      */s/ James Everett Shelton*
James Everett Shelton
Email: jeshelton595@gmail.com
316 Covered Bridge Road
King of Prussia, PA 19406
Telephone: (484) 626-3942
*Plaintiff, Pro Se*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| vs. ) | No. 2:18-cv-02759 |
| ) | |
| IVEST 360, LLC, et. al ) | |
| Defendants ) | Honorable Gene E.K. Pratter |

### ORDER:

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff JAMES EVERETT. SHELTON shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to permit registration and provide Plaintiff access to ECF for the above-captioned case.

Dated: _____

BY THE COURT:

_____

Honorable Gene E.K. Pratter, J.