IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON,** : | | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **IVEST 360, LLC et al.,** | : | No. 18-2759 |
| *Defendants*. | : | |

**O R D E R**

**AND NOW**, on this 11th day of July, 2018, upon consideration of Mr. Shelton's Motion for Permission to use ECF Filing (Doc. No. 3), it is **hereby ORDERED** that the Motion to File Electronically (Doc. No. 3) is **GRANTED**. Mr. Shelton is authorized to filed and serve pleadings electronically for this case only. Abuse of the filing privileges will result in revocation of this authorization.

The Clerk of Court shall provide Mr. Shelton with an ECF application.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE