## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **IVEST 360, LLC et al.,** | : | **No. 18-2759** |
| *Defendants*. | : | |

## **O R D E R**

**AND NOW**, this 25th day of October, 2018, upon consideration of Plaintiff James Everett Shelton's NOTICE of Voluntary Dismissal (Doc. No. 12), it is **ORDERED** that the above action is **DISMISSED** with prejudice. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE